# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2165 Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | |
| v. | : | Board File Nos. C3-15-188 |
| | : | |
| | : | |
| LISA JO FANELLI-GREER, | : | Attorney Registration No. 56704 |
| Respondent | : | |
| | : | (Cumberland County) |

# **O R D E R**

**PER CURIAM**

AND NOW, this 1st day of June, 2015, a Rule to Show Cause having been entered by this Court on May 8, 2015, and upon consideration of the responses filed, it is ORDERED that

1. The Rule is made absolute and, pursuant to Pa.R.D.E. 208(f)(2), Respondent is placed on temporary suspension until further definitive action by this Court and she shall comply with the provisions of Pa.R.D.E. 217; and

2. The President Judge of the Court of Common Pleas of Cumberland County, in accordance with Pa.R.D.E. 217(g), shall enter such orders as may be necessary to fully protect the rights of Respondent's clients.

This Order constitutes an imposition of public discipline within the meaning of Pa.R.D.E. 402, pertaining to confidentiality.